ROBERT T. SKELTON, an Infant, by Guardian, Respondent, v.
MATTHEW LARKIN, JR., Appellant.*

(Argued April 10, 1895; decided April 30, 1895.)

APPEAL from judgment of the General Term of the Supreme
Court in the third judicial department, entered upon an order
made December 4, 1894, which affirmed a judgment in favor
of plaintiff entered upon a verdict and also affirmed an order
denying a motion for a new trial.

*A. T. Clearwater* for appellant.

*David M. De Witt* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.

---

MAXIMILIAN TOCH, as Administrator, etc., Appellant, v.
HENRY M. TOCH, Individually, etc., et al., Respondents.

(Argued April 10, 1895; decided April 30, 1895.)

APPEAL from judgment of the General Term of the Supreme
Court in the first judicial department, entered upon an order
made November 16, 1894, which affirmed a portion of a judg-
ment in favor of defendants entered upon a decision of the
court on trial at Special Term.

*M. L. Townsend* for appellant.

*Edward C. Stone* and *Treadwell Cleveland* for respondents.

Agree to affirm ; no opinion.
All concur, except GRAY, J., not voting.
Judgment affirmed.

* Reported below, 82 Hun, 388.